IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 917;<br>I. B. E. W. – N. E. C. A. JOINT<br>APPRENTICESHIP AND TRAINING TRUST;<br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS LOCAL 917<br>PENSION PLAN;<br>N. E. C. A. – I. B. E. W. LOCAL 917<br>HEALTH AND WELFARE TRUST FUND;<br>NATIONAL ELECTRIC BENEFIT FUND; and<br>ELECTRIC INDUSTRY ADVANCEMENT PROGRAM | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 4:04CV121LN |
| SHERLENE R. KEMP d/b/a KEMP ELECTRICAL SERVICES | DEFENDANT |

## DEFAULT JUDGMENT

The Court has been advised the Defendant, Sherlene R. Kemp, d/b/a Kemp Electrical Services was duly served and has failed to plead or otherwise defend, that the default was duly entered by the Clerk, that the Defendant has initiated no proceedings nor made any appearance with the exception of making payments in the amount of $14,232.38 towards the debt, since being served with the Complaint, and the Defendant is not an infant, or an unrepresented incompetent person since such default was entered.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiffs, International Brotherhood of Electrical Workers, Local 917; IBEW-NECA Joint Apprenticeship and Training Trust; International Brotherhood of Electrical Workers, Local 917

Pension Plan; NECA-IBEW, Local 917 Health and Welfare Trust Fund; National Electric Benefit Fund; and Electric Industry Advancement Program against Sherlene R. Kemp d/b/a Kemp Electrical Services in the total sum of **$61,768.62** representing the combination of unpaid contributions including liquidated damages on the unpaid contributions at 10%, compounded, in the amount of $59,875.98 and reasonable attorneys' fees and costs in the amount of $1642.64, and $250.00 respectively, pursuant to §29 U.S.C.A. §1132(g)(2)(A)(B)(D) and (E), including such other legal or equitable relief as the Court deems appropriate and for all of which let execution issued.

**ORDERED AND ADJUDGED**, this the 3rd day of May, 2006.

/s/ Tom S. Lee
U.S. District Court Judge

**ORDERED PREPARED BY:**

s/Marjorie S. Busching
Marjorie S. Busching, Esq. MSB No. 100523
MAXEY WANN PLLC
210 East Capitol Street, Suite 2125
Post Office Box 3977
Jackson, Mississippi 39207-3977
Telephone: (601) 355-8855
Facsimile: (601) 355-8881

G:\Users\712\Default Judgment #2.wpd